## MINNESOTA FARMERS MUTUAL INSURANCE COMPANY v. S. K. SWEET.[1]

July 3, 1914.

Nos. 18,689–(169).

**Case followed.**

Action transferred to the district court for Cottonwood county to recover $160.79, the amount of assessments levied against defendant for the years 1910, 1911, 1912, and 1913. The case was tried before Nelson, J., who when plaintiff rested granted defendant's motion to dismiss the action. From an order denying its motion for a new trial, plaintiff appealed. Affirmed.

*William N. M. Crawford,* for appellant.

*O. J. Finstad* and *Aug. G. Erickson,* for respondent.

PER CURIAM.

The same questions are involved in this case that are considered in the decision in the case of this plaintiff against Landkammer, supra, page 245, 148 N. W. 305, and the order appealed from is affirmed for the reasons stated in the opinion in that case.